# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 08-55 consolidated with 08-54

**STATE OF LOUISIANA**

**VERSUS**

**DERRICK D. BAKER, SR.**

**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
THIRTY-SIXTH JUDICIAL DISTRICT COURT
PARISH OF BEAUREGARD, NO. CR-538-06
HONORABLE STUART S. KAY JR., DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

## ELIZABETH A. PICKETT
## JUDGE

**\*\*\*\*\*\*\*\*\*\***

Court composed of John D. Saunders, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

**Hon. David W. Burton**
**District Attorney - 36th JDC**
**Richard Alan Morton**
**Assistant District Attorney**
**P. O. Box 99**
**DeRidder, LA 70634**
**(337) 463-5578**
**Counsel for Plaintiff-Appellee:**
**State of Louisiana**

**Paula Corley Marx**
**Louisiana Appellate Project**
**P. O. Box 80006**
**Lafayette, LA 70598-0006**
**(337) 991-9757**
**Counsel for Defendant-Appellant:**
**Derrick D. Baker, Sr.**

**Derrick D. Baker, Sr.**
*Pro Se*
**River Bend Detention Center**
**9450 Highway 65 South**
**Lake Providence, LA 71254**

**PICKETT, Judge.**

For the reasons assigned in this court's opinion in *State v. Baker*, 08-54 (La.App. 3 Cir. __/__/__), ___ So.2d ___, the defendant's conviction and sentence for aggravated battery in trial court docket number CR-538-2006 are affirmed.

**AFFIRMED.**

1